**Dismissed and Memorandum Opinion filed November 3, 2011.**



In The

# Fourteenth Court of Appeals

———————————

## NO. 14-09-00168-CV

———————————

**ACOUSTICAL MATERIALS SUPPLY, Appellant**

**V.**

**CASTLEROCK & CO., INC., A/K/A CASTLEROCK INVESTMENT GROUP A/K/A EXQUISITE DESIGNS BY CASTLEROCK & CO., D/B/A CASTLEROCK INVESTMENT GROUP, BRAD JONES, AND COUNTRYWIDE HOME LOANS, INC., Appellees**

**On Appeal from County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Cause No. 898161**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed January 27, 2009. On June 11, 2009, this court abated the appeal because appellee Brad F. Jones petitioned for voluntary bankruptcy in the United States Bankruptcy Court for the Southern District of Texas, under cause number 09-33893. *See* Tex. R. App. P. 8.2.

Through the Public Access to Court Electronic Records (PACER) system, the court has learned that the bankruptcy case was closed on June 6, 2011. The parties failed to advise this court of the bankruptcy court action.

On September 27, 2011, this court issued an order stating that unless any party to the appeal filed a motion demonstrating good cause to retain the appeal within twenty days of the date of the order, this appeal would be dismissed for want of prosecution. *See* Tex. R. App. P. 42.3(b). No response was filed.

Accordingly, we reinstate the appeal and order it dismissed.


PER CURIAM


Panel consists of Chief Justice Hedges, Justices Anderson and Christopher.

2